# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JABARI C. SMITH

NO. 2025 KW 0817

OCTOBER 6, 2025

---

In Re:    Jabari C. Smith, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 556585-1.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.** The record shows that the district court enhanced relator's sentence in accordance with La. R.S. 15:529.1(A)(4)(a). Therefore, the State was not required to show that the 1998 conviction for possession of cocaine met the prerequisites set forth in Subparagraph b of La. R.S. 15:529.1(A)(4). Accordingly, relator's contention that the district court improperly used the predicate conviction to adjudicate him as a fourth-felony habitual offender is without merit, and the district court did not err by denying the motion to correct an illegal habitual offender sentence.

PMc
TPS

**Greene, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT